UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  Case No.: 18-41658

Thomas Alton Espinosa

_____ Debtor(s) /

**CREDITOR MATRIX COVER SHEET**

I declare that the attached Creditor Mailing Matrix, consisting of __2__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 07/18/2018

_____ Lien Uy
Signature of Debtor's Attorney ~~or Pro Per Debtor~~

Bank of America
P.O. Box 982238
El Paso, TX 79998


Chase Card
P.O. Box 15298
Wilmington, DE 19850


Diane Huang
c/o Benson C. Lai, Esq.
Law Offices of Benson C. Lai
580 California Street, Suite 1600
San Francisco, CA 94104


Hunter Warfield
4620 Woodland Corporate Blvd
Tampa, FL 33614


Infiniti Financial Services
990 W. 190th Street
Torrance, CA 90502


Jue Wang
c/o Kathleen E. Finnerty
Finnerty Law Offices, Inc.
1430 Blue Oaks Blvd., Suite 250
Roseville, CA 95747


THD/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

UNIFY FCU FKA Western FCU
P.O. Box 10018
Manhattan Beach, CA 90267


Zhongjian Corporation
c/o James Cai, Esq.
SAC Attorneys, LLP
1754 Technology Drive, Suite 122
San Jose, CA 95110