Debtor 1 Thomas Alton Espinosa

United States Bankruptcy Court for the Northern District of California

Case number 18-41658

Attachment to Official Form 107

Statement of Financial Affairs for Individuals Filing for Bankruptcy

Part 4

9. Case title: Jue Wang vs. Thomas Espinosa, et al.

Nature of the case: Complaint for breach of contract; conversion; fraud; imposition of constructive trust; and rescission

Court: Superior Court of California Sacramento, 720 9th Street, Sacramento, CA 95814

Status of the case: Concluded – default judgment