# FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
# ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case Number:** | 18-41658 WJL | | **Trustee:** | Sarah Little |
| **Case Name:** | THOMAS ALTON ESPINOSA | | **Filed (f) or Converted (c):** | 07/18/18 (f) |
| | | | **§341(a) Meeting Date:** | 08/31/18 |
| **Period Ending:** | 06/21/20 | | **Claims Bar Date:** | |

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) Abandon | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 2015 Infiniti QX 50, 50,000 miles  Entire property value: $15,000.00 | 15,000.00 | 0.00 | | 0.00 | FA |
| 2 | Household goods and furnishings (Voided) | Unknown | Unknown | | 0.00 | FA |
| 3 | cell phone | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Everyday clothes | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 50.00 | 0.00 | | 0.00 | FA |
| 6 | Carpenter Trusts (u) | 62,000.00 | 0.00 | | 0.00 | FA |
| 7 | Claim against Todd Sperber for Breach of Contract (u) | 400,000.00 | 0.00 | | 0.00 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$477,150.00** | **$0.00** | | **$0.00** | **$0.00** |

**Major activities affecting case closing:**
Debtor's claim for breach of contract unsubstantiated

**Initial Projected Date of Final Report (TFR):**    **Current Projected Date of Final Report (TFR):**